# In the United States Court of Federal Claims

No. 09-125CC

(Filed: March 3, 2009)

_____

NEQ, LLC,

          Plaintiff,

  v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Thursday, March 5, 2009, at 3:30 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                                   s/ Francis M. Allegra
                                                   Francis M. Allegra
                                                   Judge