# In the United States Court of Federal Claims

No. 09-125C

(Filed: March 5, 2009)
_____

NEQ, LLC,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant,

  And

LATA-KEMRON REMEDIATION, LLC,

        Defendant-Intervenor.

_____

**ORDER**
_____

      Today, March 5, 2009, a preliminary conference was held in this case. Participating in the conference were William Hughes, III, for plaintiff; Michael O'Connell, Jr., for defendant; and Pamela Mazza, for defendant-intervenor. Based on discussions during the conference, it was agreed that:

    1.    On or before 5:00 p.m. (EDT) March 9, 2009, the parties shall submit to chambers an agreed upon protective order.

    2.    On or before March 10, 2009, defendant shall file the administrative record on a CD-ROM, and shall effectuate service to defendant-intervenor via hand delivery and to plaintiff via overnight service on or before March 11, 2009.

    3.    On or before March 12, 2009, a courtesy copy of the administrative record, in paper form, shall be delivered to chambers.

    4.    On or before March 16, 2009, plaintiff shall file its motion to supplement the administrative record, if necessary.

5. On or before March 31, 2009, plaintiff shall file its motion for judgment on the administrative record.

6. On or before April 17, 2009, defendant and defendant-intervenor shall file their cross-motions for judgment on the administrative record and their responses to plaintiff's motion.

7. On or before May 1, 2009, plaintiff shall file its response to defendant and defendant-intervenor's motions and its reply in support of its motion for judgment on the administrative record.

8. On or before May 15, 2009, defendant and defendant-intervenor shall file their replies in support of their cross-motions for judgment on the administrative record.

9. Oral argument on these motions will be held on May 22, 2009, at 10:00 a.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the oral argument.

10. Defendant and defendant-intervenor shall not be required to file responses to the complaint in this matter.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge