# In the United States Court of Federal Claims

No. 09-125C

(Filed: March 17, 2009)

_____

NEQ, LLC,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant,

  And

LATA-KEMRON REMEDIATION, LLC,

        Defendant-Intervenor.

_____

**ORDER**

_____

On March 16, 2009, plaintiff filed a motion to supplement the administrative record and conduct discovery. On or before March 19, 2009, by 5:00 p.m. (EDT), defendant shall file its response.

**IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge