# In the United States Court of Federal Claims

No. 09-125C

(Filed: March 20, 2009)

_____

NEQ, LLC,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant,

  And

LATA-KEMRON REMEDIATION, LLC,

        Defendant-Intervenor.

_____

**ORDER**

_____

On March 16, 2009, plaintiff filed a motion to supplement the administrative record and conduct discovery. On March 18, 2009, defendant filed its response in opposition thereto. Having considered these filings, the court orders as follows:

1. On or before March 23, 2009, by 5:00 p.m. (EDT), defendant shall file a supplement to the administrative record that contains the two emails discussed in its response.

2. The remainder of plaintiff's motion is hereby **DENIED.**

An order summarizing the court's rationale will follow shortly.

**IT IS SO ORDERED.**

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge